**Opinion issued February 28, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00560-CV
_____

**BRETT WAYNE DEARMAN, Appellant**

**V.**

**HELEN MARIE DEARMAN, Appellee**

On Appeal from the 257th District Court
Harris County, Texas
Trial Court Case No. 2016-81582

## MEMORANDUM OPINION

Appellant Brett Wayne Dearman filed a motion to dismiss this appeal because he has decided not to pursue the appeal. Appellee is unopposed to this motion. No opinion has issued.

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.